350

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 66173.**—Jack Kemp et al. *v.* United States, protests 59/25253, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 66174.**—The Brabant Needle Co., Inc. *v.* United States, protests 61/302 and 61/307 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of needle wrappers the same in all material respects as those the subject of Abstract 63395, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 23, 1961

**No. 66175.**—"21" Brands, Inc. *v.* United States, protest 60/22917 (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that 12 cases of liquor reported by the inspector as manifested, not found, were not in fact received by